Larry Lamont **BUSH**, Plaintiff—Appellant,

v.

**BENNET AND NATHANS, L.L.P., a/k/a Nathans and Biddle, L.L.P., a/k/a Bennett and Laylor, L.L.P.; Fred W. Bennett, attorney, Defendants—Appellees.**

No. 05–1029.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2005.

Decided: April 21, 2005.

Larry Lamont Bush, Appellant pro se.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. *See* Local Rule 36(c).

PER CURIAM:

Larry Lamont Bush appeals the district court's order dismissing this breach of contract action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bush v. Bennet & Nathans, L.L.P.,* No. CA–04–3710–AMD (D. Md. filed Nov. 29, 2004; entered Nov. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*